UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| BEARINGPOINT, INC., et al., | 09 - 10691 (REG) |
| Debtors. | (Jointly Administered) |

---

| | |
|---|---|
| JOHN DeGROOTE SERVICES, LLC, | |
| Plantiff | |
| vs. | Adversary No. 10-3853 |
| N & N HUMAN CAPITAL MANAGEMENT, INC., | |
| Defendant. | |

---

## STIPULATED SCHEDULING ORDER

John DeGroote Services, LLC as Liquidating Trustee for the BearingPoint, Inc. Liquidating Trust and N & N Human Capital Management, Inc., agree upon the following stipulated schedule regarding this adversary proceeding:

Therefore, it is hereby ORDERED that:

1.   Factual discovery will commence on July 5, 2011 and continue until October 3, 2011.

2.   Initial expert reports, if any, will be due on or before November 2, 2011.

3.   Discovery regarding initial experts will commence on November 3, 2011 and continue until December 19, 2011; and

4.   Rebuttal expert reports, if any, will be due on or before February 2, 2012.

5. Discovery regarding rebuttal experts, if any, will commence on February 3, 2012 and continue until March 5, 2012.

6. The parties may extend the foregoing deadlines by mutual agreement.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

| | |
|---|---|
| **MCKOOL SMITH P.C.** | **THORP REED & ARMSTRONG, LLP** |
| /s/ Basil A. Umari | /s/ Patrick Carothers |
| Peter S. Goodman<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Telephone: (212) 402-9200 | Jeffrey M. Carbino<br>Patrick W. Carothers<br>One Oxford Centre<br>301 Grant Street 14th Floor<br>Pittsburgh, Pennsylvania 15219-1425<br>Telephone: (412) 394-2325 |
| - and - | |
| MCKOOL SMITH P.C.<br>Basil A. Umari (*pro hac vice*)<br>Nicholas Zugaro (*pro hac vice*)<br>600 Travis Street, Suite 7000<br>Houston, Texas 77002<br>Telephone: (713) 485-7300<br>Facsimile: (713) 485-7344 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff/Liquidating Trustee* | |

SO ORDERED.

Dated: New York, New York
*July 5, 2011*

*s/ Robert E. Gerber*
ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE